Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Drekie Bush

Docket No. 00-00175-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Drekie Bush, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of January 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a special assessment of $100.
- The defendant shall not unlawfully possess a controlled substance.
- The defendant shall be prohibited from possessing a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse.
- The defendant shall refrain from the use of alcohol.

**01-23-02:** Possession of a Firearm by a Convicted Felon; Imprisonment 57 months, with 3 years' supervised release to follow.

**09-27-05:** Released from imprisonment; Supervision begins; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on January 30, 2007, at Criminal No. 06-00157-004, the offender pled guilty to Conspiracy to Distribute and Possess With Intent to Distribute Not Less Than 500 Grams to Not More Than 2 Kilograms of Cocaine. On April 30, 2007, he appeared for sentencing before Judge Cercone and was committed to the custody of the Bureau of Prisons for a term of 180 months, with 8 years' supervised release to follow. In light of the lengthy sentence imposed for a new conviction, our office is requesting no further action.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00175-001 be closed.

ORDER OF COURT
Considered and ordered this 25 day of July, 2007, and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 20, 2007

_Verne Howard, Jr._
Verne Howard, Jr.
U.S. Probation Officer

_Paul J. Dippolito_
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania